UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RATH KOY, | ) | 1:07-CV-01651 OWW GSA HC |
| | ) | |
| Petitioner, | ) | ORDER GRANTING MOTION TO DISMISS |
| | ) | [Doc. #10] |
| v. | ) | |
| | ) | ORDER DISMISSING PETITION FOR WRIT |
| | ) | OF HABEAS CORPUS AND DIRECTING |
| ALBERTO GONZALES, et al., | ) | CLERK OF COURT TO ENTER JUDGMENT |
| | ) | |
| Respondents. | ) | |

      Petitioner, a detainee of the Bureau of Immigration and Customs Enforcement ("ICE"), has filed a pro se petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

      On February 27, 2008, Respondent filed a motion to dismiss the petition for mootness. Respondent states Petitioner has been released from custody. In support of this contention, Respondent has submitted a copy of the Release Notification which shows Petitioner was released on an order of supervision on November 19, 2007. See Attachment A to Motion to Dismiss.

      Accordingly, good cause having been presented and good cause appearing therefor, IT IS ORDERED that Respondent's Motion to Dismiss the Petition is GRANTED, and the Petition is DISMISSED. The Clerk of Court is DIRECTED to enter judgment.

IT IS SO ORDERED.

**Dated:   February 29, 2008**          /s/ Oliver W. Wanger
                                                            UNITED STATES DISTRICT JUDGE